**Order entered September 9, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00534-CV

### ASSOCIATION OF TAXICAB OPERATORS, USA, ET AL., Appellants

### V.

### WALAAL CORPORATION D/B/A AMBASSADOR CAB, Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-03638**

## ORDER

The clerk's and reporter's records are overdue. By order dated August 2, 2016, we instructed the Dallas County District Clerk, to file, within twenty days, either the clerk's record or written verification that appellants have not paid or made arrangements to pay the clerk's fee. On August 4, 2016, the District Clerk provided written verification that appellants have not paid the fee for preparation of the record. On September 6, 2016, the Court received "Appellants' Supplemental Report on Status of Payment for Clerk's Record." Appellants inform the Court that they have reached a payment plan with the District Clerk's office. Pursuant to the payment plan, appellants will make an initial payment of $765 and payments of $255 in each of the next three months. We construe this document as a motion for an extension of time to file the clerk's record. We **GRANT** the motion **to the extent** that we extend the time to file the clerk's record

to **DECEMBER 9, 2016**. We caution appellants that if the clerk's record is not filed by **DECEMBER 9, 2016**, the Court may dismiss the appeal for want of prosecution without further notice. *See* TEX. R. APP. P. 37.3(b).

In the same August 2, 2016 order, we ordered Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court, to file, within twenty days, either the reporter's record, written verification that no hearings were recorded, or written verification that appellants have not paid or made arrangements to pay for the reporter's record. As of today's date, neither the reporter's record nor either of the requested written verifications has been filed.

We again **ORDER** Ms. Dobbins to file, **WITHIN TEN DAYS** of the date of this order, either (1) the reporter's record, (2) written verification that no hearings were recorded, (3) written verification that appellants have not requested preparation of the reporter's record, or (4) written verification that appellants have not paid or made arrangements to pay for the reporter's record. We caution appellants that if we receive written verification that no hearings were recorded or written verification of no request or no payment, we will order the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Pitre, Ms. Dobbins, and counsel for all parties.

/s/     ELIZABETH LANG-MIERS
JUSTICE